UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANIE COLLINS,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY,<br><br>        Defendant. | Case No. 19-cv-03614-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

Plaintiff Janie Collins filed the present action on June 21, 2019. Dkt. No. 1. On November 26, 2019, the Court denied Ms. Collins's request to lift the stay of discovery. Dkt. No. 17. Noting that the parties failed to conduct an in-person meeting required by General Order No. 56, the Court also set new General Order No. 56 dates, including a January 24, 2020 deadline for Ms. Collins to file a Notice of Need for Mediation. *Id*. That deadline has passed, and Ms. Collins has not filed a Notice of Need for Mediation.

The Court possesses the inherent power to dismiss an action *sua sponte* "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-33 (1962). Ms. Collins is directed to file a written response to this order by February 4, 2020 and to appear before the Court on February 11, 2020 at 10:00 a.m. in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 27, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge