UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANIE COLLINS,<br><br>  Plaintiff,<br><br>  v.<br><br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY,<br><br>  Defendant. | Case No. 19-cv-03614-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On September 1, 2020, the Court conditionally granted the motion by AllAccess Law Group and attorneys Irene Karbelashvili and Irakli Karbelashvili to withdraw as plaintiff Janie Collins's counsel of record. Dkt. No. 37. In that order, the Court stayed this action through October 1, 2020 to give Ms. Collins an opportunity to either find new counsel or to file an appearance on her own behalf. *Id*. Additionally, Ms. Collins was advised that her failure to comply with court orders and court-ordered deadlines may result in the dismissal of this case for her lack of attention to it and failure to prosecute this matter. *Id*.

In the interim, Ms. Collins's counsel were directed to continue to accept service of papers for the purpose of forwarding them to Ms. Collins, until Ms. Collins appears by other counsel or indicates that she intends to represent herself, or until the Court orders otherwise. *Id*. The record indicates that counsel forwarded a copy of the September 1, 2020 order to Ms. Collins. Dkt. No. 38.

Ms. Collins has not entered an appearance indicating that she intends to proceed pro se, and no new counsel has made an appearance on her behalf. Ms. Karbelashvili has filed a declaration stating that counsel have continued to accept service of all papers for the purpose of

1  forwarding them to Ms. Collins.  Dkt. No. 41.  Additionally, at the Court's direction, counsel

2  provided Ms. Collins's last known mailing address:  P.O. Box 15186, San Francisco, CA 94155.

3  *Id*.

4  The Court possesses the inherent power to dismiss an action sua sponte "to achieve the

5  orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33

6  (1962).  Ms. Collins shall file a written response to this order explaining why this action should

7  not be dismissed without prejudice for her failure to comply with the Court's orders and to

8  prosecute this case.  Ms. Collins must file her written response by **December 4, 2020**.  The Clerk

9  of the Court shall mail a copy of this order to Ms. Collins at the mailing address noted above.

10  Additionally, to the extent counsel at AllAccess Law Group previously indicated that they have an

11  alternate email address for Ms. Collins, they are requested to email a copy of this order to her and

12  to file a proof of service with the Court.

13  **IT IS SO ORDERED.**

14  Dated: November 4, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge